UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | Charges: |
| | : | 18 U.S.C. §§ 371, 2320 (Conspiracy |
| HAN ZHUANG | : | to Commit Trademark Infringement) |
| | : | |

INFORMATION

The United States Attorney for the District of Columbia informs the Court:

COUNT ONE
(Conspiracy to Commit Trademark Infringement)

1.      From on or about April 25, 2005, through on or about November 10, 2005,  in the

District of Columbia and elsewhere, defendant **HAN ZHUANG** and others did knowingly and

voluntarily conspire to commit an offense against the United States, that is, intentionally to

traffic in goods while knowingly using counterfeit marks on and in connection with such goods,

in violation of Title 18, United States Code, Section 2320.

OVERT ACTS

2.      In furtherance of the conspiracy, and to effect the objects thereof, defendant

committed or caused to be committed the following acts in the District of Columbia:

3.      On April 25, 2005, defendant **HAN ZHUANG,** conspired to sell twenty-one (21)

handbags,  nine (9) wallets, seven (7) clips, two (2) belts, all bearing counterfeit marks,  to an

undercover officer, in exchange for $310.00.

4.      On May 12, 2005, defendant **HAN ZHUANG,** conspired to sell twelve (12)

handbags, one (1) wallet, ten (10) labels, and ten (10) clips, all bearing counterfeit marks,  to an

undercover officer, in exchange for $200.00.

     5.     On November 2, 2005, defendant **HAN ZHUANG** sold seven (7) handbags, and

nine (9) wallets, all bearing counterfeit marks, to an undercover officer, in exchange for $181.00.

     All in violation of Title 18, United States Code, Section 371.


Respectfully submitted,
KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By:     _____

JOHN CARLIN
Assistant U.S. Attorney
Computer Hacking and Intellectual Property Unit
555 4th Street, N.W.
Washington, D.C. 20530
202-353-2457

CORBIN WEISS
Senior Counsel, U.S. Department of Justice
Computer Crime & Intellectual Property Section