AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**for the** DISTRICT OF **Columbia**

UNITED STATES OF AMERICA

v.

**Han Zhuang**

WAIVER OF INDICTMENT

FILED
AUG 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: **06-155**

I, **Han Zhuang**, the above named defendant, who is accused of **a violation of 18 USC 371 (conspiracy to infringe trademarks)**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **8-10-06** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____