UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

        v.                                 :            CR. NO.  06-155 (ESH)

HAN ZHUANG                         :

## NOTICE OF APPEARANCE

The Clerk will please note the appearance of Edward C. Sussman, as counsel for the defendant in this matter.

                                               Edward C. Sussman No. 174623
                                               Suite 900 South Building
                                               601 Pennsylvania Avenue N.W.
                                               Washington, D.C. 20004
                                               (202) 737-7110

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing was served on AUSA John Carlin, By electronic filing.

                                               Edward C. Sussman