UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              :

           v.                          :        CR. NO. 06-155-01 (ESH)

HAN ZHUANG                             :

DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF SENTENCING HEARING

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, respectfully requests that this honorable court grant a continuance in the sentencing hearing presently scheduled for November 17, 2006. In support of this request, counsel states the following:

1. The defendant is scheduled to appear before this court on November 17, 2006, foR sentencing. Counsel has been involved constantly in trial since June 1, 2006 and, frankly, has not had the time to prepare adequately for the scheduled sentencing.

2. Counsel has discussed this matter with John Carlin, Esq., the AUSA assigned to this matter, and he has indicated that he has no objection to the granting of this request.

3. Counsel would now request that the matter be continued into January 2007 and that it be scheduled for any available Friday in that month.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that his motion be granted, and that the hearing be continued until any available Friday in January, 2007.

1

Respectfully submitted,

_____
Edward C. Sussman, No. 174623
Counsel for Defendant Han Zhuang
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically on AUSA John Carlin, Esq., 555 4th Street N.W., Washington, D.C. 20530, this 10th day November, 2006.
.

_____
Edward C. Sussman