UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 06-155-011  (ESH) |
| HAN ZHUANG | : | |

O R D E R

The court has before it the unopposed request of the defendant that his sentencing hearing, presently scheduled for November, 17, 2006, be continued until a convenient date in January, 2007. The court finds that the defendant has advanced good cause for this request. It is, therefore, this _____ day of November, 2006

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the sentencing in this matter be continued until _____, 2007, at _____.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE