UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-00155 (ESH) |
| ) | |
| HAN ZHUANG, ) | |
| ) | |
| Defendant. ) | |

FILED

JAN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

In a hearing before Magistrate Judge Alan Kay on August 10, 2006, defendant entered a plea of guilty. On August 11, 2006, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

Ellen S Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 26, 2007