UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

v.  :  CR. NO. 06-155-011  (ESH)

HAN ZHUANG  :

<u>O R D E R</u>

The court has before it the request of the defendant that he be permitted to travel to China for business reasons while on probation. The court notes that the defendant has advanced good cause for this request and that the U.S. Probation Office does not oppose the approval of international travel. It is, therefore, this _____ day of October, 2007,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the defendant's travel be supervised by the Probation Office and that he advise Probation of the dates of departure and return, the address at which he will be residing, and provide a phone number at which he can be reached.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE