UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :

v.                                  :      CR. NO. 06-155 (ESH)

HAN ZHUANG                          :

DEFENDANT'S REQUEST TO MODIFY THE CONDITIONS OF
PROBATION TO PERMIT FOREIGN TRAVEL

The defendant, through undersigned counsel, pursuant to provisions of 18 U.S.C.§3742 respectfully re quests that this honorable court amend the conditions of his probation to permit a 60 day business trip to China. In support of his request, the defendant states the following:

1. Following his conviction for the sale of counterfeit handbags, Mr. Zhuang was placed on two years of supervision. The probation was conditioned upon 60 days of "house arrest," a $2,000 fine, and 50 hours of community service.  The latter two requirements were to be fulfilled prior to termination of the two year period. Mr. Zhuang has successfully completed his house arrest and has paid the fine in full. He is scheduled to begin community service on January 8, 2008, and it is his intention to complete it as quickly as possible.

 2. The defendant has business opportunities in China. The pursuit of these opportunities has provided the principal financial support for his family during the last several years. He has already been permitted by this court to travel to China. During that trip, he informed his probation officer of the address where he would be staying, supplied a contact phone number and filed his monthly reports.  Mr. Zhuang now respectfully requests that he permitted a trip of

1

approximately 60 days under those same conditions. Travel, if approved, would around the 20th of January, 2008.

    3. Counsel spoke to Kevin Dick, the defendant's probation officer regarding this matter, and he indicated that the administrative process for approval takes approximately 45 days. Consequently, counsel is again directly approaching the court for such authorization.

    WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant him the relief that he seeks.

Respectfully submitted,

_____
Edward C. Sussman 174623
Counsel for Defendant Zhuang
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2008, a copy of the foregoing was served served electronically on all interested parties.

_____
Edward C. Sussman