UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

             v.                              :          CR. NO. 06-155 (ESH)

HAN ZHUANG                                   :

ORDER

_____The court has before it the request of the defendant that he be permitted to make a

business trip to China of approximately 60 days duration beginning on approximately January 20,

2008. . The court notes that Mr. Zhuang has advanced good cause for his request. It is, therefore,

this ____ day of January, 2008,

     ORDERED, that the motion be, and hereby is, granted.

     FURTHER ORDERED, that before leaving the country that Mr. Zhuang inform the

probation office of the address of his residence while in China and provide a phone number at

which he can be reached.  The defendant shall monthly supervision reports as required.

                                        _____
                                        ELLEN SEGAL HUVELLE
                                        UNITED STATES DISTRICT JUDGE