UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CR. NO. 06-155 (ESH) |
| HAN ZHUANG | : |

## ORDER

_____The court has before it the request of the defendant that he be permitted to make a business trip to China of approximately 60 days duration beginning on approximately January 20, 2008. . The court notes that Mr. Zhuang has advanced good cause for his request. It is, therefore, this __7__ day of January, 2008,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that before leaving the country that Mr. Zhuang inform the probation office of the address of his residence while in China and provide a phone number at which he can be reached.  The defendant shall monthly supervision reports as required.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

1