UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

v.                              :        CR. NO. 06-155 (ESH)

HAN ZHUANG                      :

### DEFENDANT'S REQUEST TO MODIFY THE CONDITIONS OF PROBATION TO PERMIT FOREIGN TRAVEL

The defendant, through undersigned counsel, pursuant to provisions of 18 U.S.C.§3742 respectfully requests that this honorable court amend the conditions of his probation to permit a 60 day business trip to China. In support of his request, the defendant states the following:

1. Following his conviction for the sale of counterfeit handbags, Mr. Zhuang was placed on two years of supervision. The probation was conditioned upon 60 days of "house arrest," a $2,000 fine, and 50 hours of community service. All of those requirements have been met.

2. Financial support of Mr. Zhuang's family is dependent upon money earned on periodic business trips to China. Twice, while on probation, this court has approved such trips. Mr. Zhuang has made those trips, provided contact information to the probation office, and submitted his monthly supervision reports.

3. The defendant has contacted counsel and indicated that an opportunity has come up that requires immediate travel to China. While counsel has not been able to contact Kevin Dick, the defendant's probation officer, prior to filing this motion, Mr. Zhuang and has represented that Mr. Dick has no opposition to such travel.

1

4. The defendant would now request that he be granted permission for immediate travel to China for a trip of approximately 60 days. As with previous travel, he would furnish the probation office with an address and phone number at which he can be contacted and will file monthly reports as required.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant him the relief that he seeks.

Respectfully submitted,

_____
Edward C. Sussman 174623
Counsel for Defendant Zhuang
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2008, a copy of the foregoing was served served electronically on all interested parties.

_____
Edward C. Sussman