UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA       :

v.                :       CR. NO. 06-155 (ESH)

HAN ZHUANG                :

DEFENDANT'S REQUEST FOR EARLY TERMINATION OF PROBATION

The defendant, through undersigned counsel, pursuant to provisions of 18 U.S.C.§3564(c), and the Federal Rules of Criminal Procedure, respectfully requests that this honorable court order the early termination of his probation or, in the alternative, amend it so that it may be unsupervised. In support of his request, the defendant states the following:

1. One year ago, Mr. Zhuang entered a guilty plea in connection with the sale of counterfeit handbags. As the court might recall, Mr. Zhuang was not initially prosecuted, but willingly accepted full responsibility in exchange for the dismissal of charges against his wife.[1] Mr. Zhuang was sentenced to two years of probation, conditioned upon 60 days of "house arrest," a $2,000 fine, and 50 hours of community service. All of those requirements have been met.

2. Throughout his probation, the defendant has been fully employed and compliant in every way. He has no previous criminal involvement and no evidence of substance abuse. In short, the defendant does not need the services or support of the probation office. Further, the

---

[1] The defendant owned the store at which the handbags were sold. His wife managed the store and the defendant, due to business travel, was seldom there.

change of his involvement in any criminal activity seems extremely remote. 18 U.S.C.A. §3462(c) permits the court to terminate probation after one year has been served. In making its determination, the court is advised to look to the factors enumerated in 18 U.S.S.C. §3553(e).

    3. Counsel has verified the defendant's full compliance with his probation officer, Mr. Kevin Dick. It is apparently a policy of the Probation Office not to recommend any early termination of supervision until at least two-thirds of supervision has been completed. In this case, four additional months.[2]

    4. Counsel see little gain in continuing Mr. Zhuang on probation. It is clear that he does not need the support or structure of supervision. He travels frequently in his work and his supervision requires repeated requests to the court to permit foreign travel. Moreover, it seems farfetched to believe that further criminal involvement by the defendant is deterred by his continuance on supervision.

    5. For these reasons, the defendant would respectfully request that his probation be terminated as successful. Should the court, for some reason, believe that continued supervision is necessary, it is requested that his conditions be amended to permit it to be unsupervised.

    WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant him the relief that he seeks.

---

[2] Counsel wants it clear that Mr. Dick has not represented that he will recommend early termination when the 16 months have passed.

        Respectfully submitted,

_____/s/_____
Edward C. Sussman 174623
Counsel for Defendant Zhuang
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2008, a copy of the foregoing was served served electronically on all interested parties.

_____
Edward C. Sussman