UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     CR. NO. 06-155 (ESH) |
| HAN ZHUANG | : |

### ORDER

_____The court has before it the request of the defendant that his probation be terminated successfully. The court finds that the defendant has completed all requirements and that further supervision will not serve the interests of the defendant, the community, or judicial economy. It is, therefore, this ____ day of August, 2008,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that before leaving the country that Mr. Zhuang inform the

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE