UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 11 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA       :

v.                              :    CR. NO. 06-155 (ESH)

HAN ZHUANG                      :

## ORDER

_____The court has before it the request of the defendant that he be permitted to make a business trip to China of approximately 60 days duration beginning as soon as travel arrangements can be made. The court notes that Mr. Zhuang has advanced good cause for his request. It is, therefore, this ___ day of August, 2008,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that before leaving the country that Mr. Zhuang inform the probation office of the address of his residence while in China and provide a phone number at which he can be reached. The defendant shall monthly supervision reports as required.

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

1